IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEONARD JONES, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:09-cv-823-MEF |
| | ) |
| PIZZA HUT, | )   (WO) |
| | ) |
|    Defendant. | ) |

**O R D E R**

The Court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby

ORDERED that Defendant's Motion for Summary Judgment (Doc. #15) is DENIED as moot.

DONE this the 30th day of August, 2010.

                                      /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE